PROB 12C
(6/16)

Report Date:  June 10, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2020

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charles Dewight Rogers                Case Number: 0980 2:17CR00035-WFN-2

Address of Offender:                        Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen. Senior U.S. District Judge

Date of Original Sentence: October 6, 2017

| | |
|---|---|
| Original Offense: | Uttering Counterfeit Obligations or Securities, 18 U.S.C. § 472 |

| | | |
|---|---|---|
| Original Sentence: | Prison - 25 Months;<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: November 1, 2019 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: October 31, 2022 |

## PETITIONING THE COURT

**To issue a <u>WARRANT</u>**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.<br><br>**Supporting Evidence**: Mr. Rogers is alleged to have violated standard condition number 13 by failing to contact the undersigned officer as directed on June 8 and 9, 2020, and by failing to report for urinalysis testing as directed on June 8, 2020.<br><br>On November 4, 2019, Mr. Rogers signed his conditions relative to case number 2:17CR00035-WFN-2, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Rogers was made aware by his U.S. probation officer that he was required to follow all instructions of the undersigned officer related to his conditions of supervised release.<br><br>Specifically, on June 5, 2020, the undersigned officer received notification from Pioneer Human Services in Spokane that the client had failed to attend random urinalysis testing when his assigned color was previously called on June 4, 2020. In response to the missed appointment, the client was sent a text message by the undersigned officer requesting a return call from the client; however, the client subsequently failed to respond to the message. |

Prob12C
**Re: Rogers, Charles Dewight**
**June 10, 2020**
**Page 2**

On June 8, 2020, the undersigned officer attempted a phone call to the client and immediately received the client's voice mail. A voice mail was left for the client both directing him to contact the undersigned officer telephonically on the day in question, and to report for urinalysis testing with Pioneer Human Services given his previously missed appointment. Mr. Rogers was then sent a text message with the same set of instructions and directing the client to contact this officer as soon as he was able to do so. Mr. Rogers subsequently failed to contact the undersigned officer or report for urinalysis testing as directed on the day in question.

On June 9, 2020, the undersigned officer again left a voice mail for the client directing him to contact the undersigned officer prior to the close of business; however, no response has been received from the client. In addition, voice mails left by the undersigned officer for the client's previous sponsors have since gone without response. As a result, the client's current whereabouts and level of compliance with his conditions of supervised release as previously ordered by the Court is unknown.

2       **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Rogers is alleged to have violated special condition number 6 by failing to submit to random urinalysis testing with Pioneer Human Services in Spokane on June 4, 2020, when his assigned color was called by the provider.

On November 4, 2019, Mr. Rogers signed his conditions relative to case number 2:17CR00035-WFN-2, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Rogers was made aware by his U.S. probation officer that he was required to submit to urinalysis testing as required, to include daily calling into a urinalysis color line, and then reporting for testing when his assigned color was called.

Specifically, on June 5, 2020, the undersigned officer received notification from Pioneer Human Services in Spokane that the client had failed to attend random urinalysis testing when his assigned color was called on June 4, 2020. Mr. Rogers has since failed to respond to multiple voice mails and text messages directing the client to contact the undersigned officer, and as a result his current whereabouts and circumstances are unknown.

The U.S. Probation Office respectfully recommends the Court issue a **WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 10, 2020

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
**Re: Rogers, Charles Dewight**
**June 10, 2020**
**Page 3**

## THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

_____
Signature of Judicial Officer

 6/10/2020
_____
Date