PROB 12C
(6/16)

Report Date: June 22, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 30, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charles Dewight Rogers          Case Number: 0980 2:17CR00035-WFN-2

Address of Offender:                              Monroe, Washington

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 6, 2017

Original Offense:     Uttering Counterfeit Obligations or Securities, 18 U.S.C. § 472

Original Sentence:    Prison - 25 Months;            Type of Supervision: Supervised Release
                      TSR - 36 Months

Asst. U.S. Attorney:  Patrick J. Cashman            Date Supervision Commenced: November 1, 2019

Defense Attorney:     Federal Public Defender       Date Supervision Expires: October 31, 2022

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/10/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer. |

**Supporting Evidence**: Mr. Rogers is alleged to have violated standard condition number 3 by being arrested in Everett, Washington, located in the Western District of Washington, on June 17, 2020, based on received police reports.

On November 4, 2019, Mr. Rogers signed his conditions relative to case number 2:17CR00035-WFN-2, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Rogers was made aware by his U.S. probation officer that he was required to refrain from traveling outside of the Eastern District of Washington unless approval was received from the Court or the U.S. Probation Office. Mr. Rogers was further provided a map outlining the Eastern District of Washington with the boundaries clearly defined.

On June 17, 2020, the U.S. Probation Office in Spokane received numerous automated law enforcement notifications indicating the client's name had been run by law enforcement

Prob12C
Re: Rogers, Charles Dewight
June 22, 2020
Page 2

within the Western District of Washington, specifically by the Everett Police Department. On June 18, 2020, the U.S. Probation Office learned of Mr. Rogers' arrest as previously occurring in Everett, Washington, on June 17, 2020. On June 19, 2020, the police reports relative to Mr. Rogers' arrest were received by the U.S. Probation Office in Spokane.

Specifically, and according to the reports received on June 17, 2020, Mr. Rogers and a female were contacted by a Parks Department officer walking in American Legion Memorial Park located in Everett, Washington, after the officer observed that the parties had "handmade vases full of flowers" in their possession. The officer referenced in his report EMC 9.06.050 (A) which states in part that it is unlawful for any person to tamper or interfere with park property, to include all aspects of the natural or landscaped environment.

The officer contacted the parties who both provided the officer with state issued identification at which time the officer learned of Mr. Rogers' outstanding felony warrant. Mr. Rogers was placed in restraints by the officer and his custody was ultimately transferred to the Everett Police Department. At no time did Mr. Rogers have permission from the U.S. Probation Office to travel outside of the Eastern District of Washington.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 22, 2020

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

6/30/2020
Date