PROB 12C
(6/16)

Report Date: October 1, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 01, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charles Dewight Rogers            Case Number: 0980 2:17CR00035-WFN-2

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 6, 2017

| | | |
|---|---|---|
| Original Offense: | Uttering Counterfeit Obligations or Securities, 18 U.S.C. § 472 | |
| Original Sentence: | Prison - 25 Months;<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(September 22, 2020) | Prison - 85 Days;<br>TSR - 32 Months | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: September 30, 2020 |
| Defense Attorney: | J. Houston Goddard | Date Supervision Expires: May 29, 2023 |

## PETITIONING THE COURT

**To issue a WARRANT.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.<br><br>**Supporting Evidence**: Mr. Charles Rogers is alleged to have violated special condition number 3 by failing to report to the Spokane Residential Reentry Center (RRC) as previously required and ordered by the Court on September 30, 2020.<br><br>As the Court may recall, Mr. Rogers previously presented before the Court on September 22, 2020, for the purpose of revocation. As a part of the hearing, Mr. Rogers admitted to failing to contact his assigned probation officer as directed, failing to report for urinalysis testing, and to leaving the judicial district without permission following his previous decision to abscond from supervised release. The Court subsequently revoked Mr. Rogers' term of supervised release and ordered Mr. Rogers to serve a credit for time-served sentence to be followed by a 32-month term of supervised release. Mr. Rogers was further ordered to be |

Prob12C
Re: Rogers, Charles Dewight
October 1, 2020
Page 2

retained in custody until a bed date at the Spokane RRC could be secured for him. Mr. Rogers' ordered special conditions were then reviewed with him by the Court, to include special condition number 3 as outlined above.

On September 24, 2020, a bed date at the Spokane RRC was secured for the client effective September 30, 2020. Mr. Rogers was advised of the placement by defense counsel, who were already present at the jail on the day in question. In addition, staff with the United States Marshals Service subsequently forwarded release documentation to the jail with the included directive that Mr. Rogers be directed to report immediately to the U.S. Probation Office on September 30, 2020, upon his release from custody.

Unfortunately, on October 1, 2020, the undersigned officer received notification from the director of the Spokane RRC that the client had not reported on the day in question as previously required. In addition, Mr. Rogers at no time reported to the U.S. Probation Office, and subsequent collateral contact has revealed he has additionally not contacted the Washington State Department of Corrections office in Spokane, to whom he is additionally accountable. The undersigned officer has since received no contact from the client, and it would now appear as though the client has again chosen to abscond from his current ordered term of supervised release.

The U.S. Probation Office respectfully recommends the Court **issue a WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 1, 2020

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

10/01/2020
Date