PROB 12C
(6/16)

Report Date: October 9, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 13, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Charles Dewight Rogers | Case Number: 0980 2:17CR00035-WFN-2 |
| Address of Offender: | Monroe, Washington |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 6, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Uttering Counterfeit Obligations or Securities, 18 U.S.C. § 472 | | |
| Original Sentence: | Prison - 25 Months<br>TSR - 36 Months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(September 22, 2020) | Prison - 85 Days<br>TSR - 32 Months | | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: | September 30, 2020 |
| Defense Attorney: | J. Houston Goddard | Date Supervision Expires: | May 29, 2023 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/01/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer. |
| | **Supporting Evidence**: Mr. Charles Rogers is alleged to have violated standard condition number 3 by being arrested in Everett, Washington, located in the Western District of Washington, on October 5, 2020, based on received police reports. |
| | As the Court may recall, Mr. Rogers previously presented before the Court on September 22, 2020, for the purpose of revocation. As a part of the hearing, Mr. Rogers admitted to failing to contact his assigned probation officer as directed, failing to report for urinalysis testing, and to leaving the judicial district without permission, following his previous decision to abscond from supervised release. The Court subsequently revoked Mr. Rogers' term of supervised release and ordered Mr. Rogers to serve a credit for time-served sentence, to be followed by a 32-month term of supervised release. Mr. Rogers was further ordered to be retained in custody until a bed date at the Spokane Residential Reentry Center (RRC) could |

Prob12C
Re: Rogers, Charles Dewight
October 9, 2020
Page 2

be secured for him.

On September 24, 2020, a bed date at the Spokane RRC was secured for the client effective September 30, 2020. Mr. Rogers was advised of the placement by defense counsel, who were already present at the jail on the day in question. In addition, staff with the U.S. Marshals Service subsequently forwarded release documentation to the jail with the included directive that Mr. Rogers be directed to report immediately to the U.S. Probation Office on September 30, 2020, upon his release from custody.

Unfortunately, on October 1, 2020, the undersigned officer received notification from the director of the Spokane RRC that the client had not reported on the day in question, as previously required. This conduct was previously reported to the Court in the petition dated October 1, 2020.

On October 5, 2020, the U.S. Probation Office in Spokane, Washington, received numerous automated law enforcement notifications indicating the client's name had been run by law enforcement within the Western District of Washington, specifically by the Everett Police Department. Later on the day in question, the U.S. Probation Office was made aware of Mr. Rogers' arrest as previously occurring in Everett, Washington, on October 5, 2020. On October 7 and 8, 2020, the initial reports and subsequent clarification relative to Mr. Rogers' arrest were received by the U.S. Probation Office in Spokane.

Specifically, and according to the reports received, on October 5, 2020, the client contacted the Everett Police Department while at Providence Hospital to turn himself in based on his outstanding warrants. The report further clarifies that Mr. Rogers had been "taken to jail" earlier in the day, but needed a medical clearance prior to being booked and detained. The report indicates Mr. Rogers was taken to the hospital by officers, but they did not have staff to wait with the client while he obtained a medical clearance. As a result, Mr. Rogers' warrants were re-issued and he was directed to contact the agency once he was medically cleared to enter the jail. At approximately 11:14 a.m. on the day in question, Mr. Rogers contacted the police department advising he received clearance, at which time Mr. Rogers was subsequently contacted and arrested at Providence Hospital located in Everett, Washington. Mr. Rogers was able to provide the responding officer with medical clearance and he was detained, and at that time taken to the Snohomish County Jail.

It should be noted, that in an attempt to learn more about the original circumstances leading to the Everett Police Department's initial attempt to place Mr. Rogers in custody, and prior to his needing a medical clearance, both additional reports and assistance from dispatch and the police department have been sought; however, as of the writing of this report, no additional information appears to exist relative to the original circumstances surrounding Mr. Rogers' initial arrest by the agency. Should additional information become available for review prior to Mr. Rogers' appearing before Your Honor for the purpose of adjudication, and should this information constitute a new alleged violation of Mr. Rogers' supervised release, this information will be provided to the Court forthwith.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

Prob12C
**Re: Rogers, Charles Dewight**
**October 9, 2020**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  October 9, 2020

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

10/13/2020
Date